## Commonwealth *v.* Barry, Appellant.

Submitted November 14, 1966. *Jerry Robert Barry,* appellant, in propria persona; *John Fuller,* Assistant District Attorney, and *Vincent J. Pepicelli,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Chambers, Appellant.

Submitted November 14, 1966. *Frank Chambers,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would remand for a hearing on the constitutional question.

## Commonwealth *v.* Davis, Appellant.

Submitted November 14, 1966. *Earnest Davis,* appellant, in propria persona; *Joseph S. Walko,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.